**Order entered January 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00987-CR

**CHARLES EDWARD WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-54675-K**

## ORDER

The Court **REINSTATES** the appeal.

On December 20, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On January 2, 2013, we received appellant's brief, together with an extension motion. Therefore, we conclude findings are no longer necessary and we **VACATE** the December 20, 2012 order requiring findings.

We **GRANT** the January 2, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    DAVID W. EVANS
        JUSTICE